1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES FOR THE
CEMENT MASONS HEALTH &
WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA, et al.,

        Plaintiffs,

    v.

SAMUEL MAGANA CASTILLO, et al.,

        Defendants.

Case No. 14-cv-04826-TEH

**ORDER RE: PROOF OF AUDIT FOR
PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT**

      Plaintiff's motion for default judgment seeks, in part, liquidated damages and
interest based upon unpaid and late contributions to the Trust Fund.  Mot. at 2, 4 (Docket
No. 26).  In support of Plaintiff's claim for liquidated damages and interest, Plaintiff cites
Section 8(G) of the Cement Masons Master Labor Agreement, which provides: "The
Individual Employer who is found to be delinquent **as a result of an audit** will pay and
satisfy such delinquency with accrued interest and in addition, pay liquidated damages."
Ex. B to Lauziere Decl. at Section 8(G)(2) (Docket No. 22-2) (emphasis added).

      At or before the hearing on **May 4, 2015**, Plaintiff is instructed to provide proof of
the audit pursuant to which it seeks liquidated damages and interest under Section 8(G)(2)
of the Master Agreement.

**IT IS SO ORDERED.**

Dated:   04/27/15

_____
THELTON E. HENDERSON
United States District Judge